CHARLIE V. PRATT *v.* MAY E. PRATT.

January Term, 1903.

Present: TYLER, MUNSON, START, STAFFORD and HASELTON, JJ.

Opinion filed August 31, 1903.

*Divorce—Causes—Desertion.*

That a wife, without physical excuse and for three consecutive years, refuses to have sexual intercourse with the husband, does not entitle him to a divorce for desertion.

PETITION FOR DIVORCE. Heard at the September Term, 1902, Washington County, *Watson,* J., presiding. Petition dismissed. The petitioner excepted.

*John G. Wing* for the petitioner.

The divorce should have been granted. *McGrath* v. *Mc-Grath,* 103 Mass. 577.

STAFFORD, J. The fact that a wife, without physical excuse and for three consecutive years, refuses to have sexual intercourse with the husband, while fulfilling all the other duties of the relation, does not entitle the husband to a divorce "for wilful desertion for three consecutive years."

*Judgment affirmed.*